1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                      UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11
   MERHAWI TESFAI,
12                                          C 4:24-cv-01719 HSG
                   Plaintiff,
13
        v.                                  **STIPULATION TO STAY PROCEEDINGS;
14                                          ORDER**
   EMILIA BARDINI, San Francisco Asylum
15 Office Director, U.S. Citizenship and
   Immigration Services, *et al.*,
16
                   Defendants.
17

18

19      The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay

20 proceedings in this case for a limited time, until December 3, 2024. The parties make this joint request

21 because they are pursuing an administrative resolution that may render further litigation of this case

22 unnecessary.

23      1.      Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application

24 for Asylum and Withholding of Removal.  United States Citizenship and Immigration Services

25 ("USCIS") scheduled an interview for August 5, 2024.  USCIS will work diligently towards completing

26 adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen

27 circumstances that would require additional time for adjudication.

28

Stipulation to Stay Proceedings
C 4:24-cv-01719 HSG                        1

2. Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to ten days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these documents seven to ten days prior to the interview may result in the interview being rescheduled at no fault of USCIS.

3. If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

4. Upon receipt of the Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the case.

5. The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until December 3, 2024, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: July 9, 2024                     Respectfully submitted,

                                        ISMAIL J. RAMSEY
                                        United States Attorney


                                         */s/ Elizabeth D. Kurlan*
                                        ELIZABETH D. KURLAN
                                        Assistant United States Attorney
                                        Attorneys for Defendants

Dated: July 9, 2024

                                                    */s/ Charles C. Carr*
CHARLES C. CARR
Murray Osorio, PLLC
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/10/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

Stipulation to Stay Proceedings
C 4:24-cv-01719 HSG           3